STATE of Missouri, Respondent,

v.

Robert INGRAM, Appellant.

No. 64921.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 30, 1994.

Tamara L. Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CRIST and CRANDALL, JJ.

## ORDER

PER CURIAM.

Defendant appeals after a jury convicted him of unlawful possession of a concealable firearm, in violation of § 571.070, RSMo 1986. We find no jurisprudential purpose would be served by a written opinion in this case. Therefore, we affirm by written summary order pursuant to Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.

Robert WILSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 65409.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 30, 1994.

Tamara L. Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CRIST and CRANDALL, JJ.

## ORDER

PER CURIAM.

Movant appeals after the dismissal of his Rule 24.035 motion as untimely. We affirm pursuant to Rule 84.16(b)(2) and (5).

Further, we find an opinion in this case would have no precedential value and affirm by summary order. Rule 84.16(b). We have provided a memorandum to the parties for their use only.